UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
                                              )
QBE INSURANCE CORPORATION,                    )
                                              )
              Plaintiff,                      )
                                              )  Civil Action No. 1:10-cv-05693-LAK
              -against-                       )
                                              )
WOODLANDS EXPORT LLC and                      )
DF DEUTSCHE FORFAIT AG                        )
                                              )
              Defendant.                      )
----------------------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL AND ORDER PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that:

1. The above-captioned action is voluntarily dismissed without prejudice against the defendants Woodlands Export LLC ("Woodlands") and DF Deutsche Forfait AG ("DF"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Any past, present or future dispute, controversy or claim between the parties to this litigation which arises out of, relates to, or is in connection with QBE Trade Credit Insurance Policy No. DC/8800212/AE (the "Policy," attached as Ex. A), including the claim that is the subject of this action, shall be subject to the exclusive jurisdiction of the United States District Court for the Southern District of New York.

3. Nothing herein shall otherwise modify or affect any of the parties' rights and obligations under the Policy.

4. This So Ordered Stipulation embodies the entire agreement of the parties in this matter.

| | |
|---|---|
| CLYDE & CO US LLP | ULLMAN & ULLMAN, P.A. |
| *[signature]* | *[signature]* |
| Michael A. Knoerzer (MK-8438) | Michael W. Ullman (259667) |
| The Chrysler Building | Jared A. Ullman (JU-0516) |
| 405 Lexington Avenue | 150 East Palmetto Park Rd. |
| New York, New York 10174 | Suite 650 |
| (212) 710-3900 | Boca Raton, Florida 33432 |
| *Attorneys for Plaintiff QBE Insurance Corporation* | *Attorneys for Defendants Woodlands Export LLC and DF Deutsche Forfait AG* |

SO ORDERED:

*[signature]*

The Honorable Lewis A. Kaplan,
United States District Judge

Dated: 12/23, 2010
New York, New York